**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN RE: S.M., JR. A MINOR | : No. 102 WAL 2015 |
| | : |
| | : |
| | : |
| PETITION OF: T.M., BIRTH MOTHER | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | |
| IN RE: M.M., A MINOR | : No. 103 WAL 2015 |
| | : |
| | : |
| | : |
| PETITION OF: T.M., BIRTH MOTHER | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | |
| IN RE: P.M., A MINOR | : No. 104 WAL 2015 |
| | : |
| | : |
| | : |
| PETITION OF: T.M., BIRTH MOTHER | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 9th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.